IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  4:15cr251 |
| Plaintiff, | ) | |
| v. | ) | Judge Christopher A. Boyko |
| EDWARD P. PEMBERTON, II, | ) | |
| Defendant. | ) | ORDER |

This matter was before the Court on March 5, 2021, for hearing on the Government's request for revocation of Defendant Edward P. Pemberton, II's supervised release.  The Defendant was present and represented by counsel.

A Supervised Release Violation hearing was held by Magistrate Judge Thomas M. Parker on February 9, 2021 at which time the Defendant admitted to Violation No. 2, Unauthorized Use of Drugs. Violation Nos.1 and 3 dismissed. The Magistrate Judge issued a Report and Recommendation on February 22, 2021.  The Court adopts the Magistrate Judge's Report and Recommendation and finds Defendant in violation of supervised release as to Violation No. 2.

Defendant's supervision to continue with the same conditions as previously imposed. Defendant to enter a residential drug treatment program when a bed becomes available.  Term of supervision is extended for a period of six months to allow time to get defendant into a residential drug treatment program, arrange for aftercare at the completion of the program, and to monitor him for compliance.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
SENIOR UNITED STATES DISTRICT JUDGE

DATED: 3/5/21